Wm. N. McQueen, Atty. Gen., for the State.

PER CURIAM.

Appeal abated; new trial granted in trial court.

29 So.2d 890

**Bertie Blackmon STARR v. SCOTT LUMBER CO.**

**6 Div. 879.**

Supreme Court of Alabama.

Jan. 18, 1947.

Appeal from Circuit Court, Jefferson, County; E. M. Creel, Judge.

A. L. King, of Birmingham, for appellant.

Cabaniss & Johnston, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

29 So.2d 906

**Ex parte STATE ex rel. W. A. DENSON.**

**6 Div. 492.**

Supreme Court of Alabama.

Aug. 16, 1946.

Petition for mandamus to Richard V. Evans, Judge Circuit Court, Jefferson County.

PER CURIAM.

Rule nisi denied.

32 So.2d 172

**STATE ex rel. W. A. DENSON v. Tom C. GARNER, as Probate Judge, Jefferson County.**

**6 Div. 610.**

Supreme Court of Alabama.

July 1, 1947.

Appeal from Circuit Court, Jefferson County; Richard V. Evans, Judge.

W. A. Denson, of Birmingham, for appellant.

Frontis H. Moore, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed pursuant to agreement.

GARDNER, C. J., and BROWN, FOSTER, LIVINGSTON, and STAKELY, JJ., concur.

29 So.2d 890

**Missouri Mae VICE v. STATE.**

**6 Div. 471.**

Supreme Court of Alabama.

Dec. 5, 1946.

Appeal from Circuit Court, Jefferson County; John C. Morrow, Judge.

Beddow & Jones, of Birmingham, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

FOSTER, Justice.

This is an appeal on the record without a report of the evidence and proceedings appearing of record.

The record so certified is regular in all respects, and since no error is shown the judgment and sentence are affirmed.

Affirmed.

GARDNER, C. J., and LAWSON, and STAKELY, JJ., concur.